COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-473-CV

 

IN RE MAIN ST. TRAVEL CENTER OF MONSEY, INC.                  RELATORS

AND BEN WEBER

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and writ of prohibition and is of the opinion
that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and writ of prohibition is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, LIVINGSTON, and MCCOY, JJ. 

 

DELIVERED: 
December 29, 2008    

 











    [1]See
Tex. R. App. P. 47.4.